UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| State of Nevada, | Case No.: 2:22-cv-00579-JAD-VCF |
| Plaintiff | |
| v. | **Order Dismissing Action** |
| Yausmenda Aviane Dent, | ECF Nos. 1, 3, 5 |
| Defendant | |

    This action found its way to this court because pro se party Yausmenda Aviane Dent filed a Notice of Removal of what appears to be a traffic citation issued by the North Las Vegas Police Department.[1] She suggests that this matter belongs in this court because it "may infringe upon [her] protected rights under the Treaty of Guadalupe Hidalgo, which creates a federal question."[2] Because there are no claims in this case—just a traffic ticket—and it did not appear that this court has subject-matter jurisdiction over this case, I ordered Dent to show cause why her case should not be dismissed.[3] Based on her response to that order, Dent apparently does not dispute that this court lacks subject-matter jurisdiction, but she also wants "the federal court" to protect her from the consequences of that traffic citation.[4] Protecting the recipient of a traffic citation from its enforcement is not the federal court's role, nor does the federal court have jurisdiction or authority to do so here.

    Because it is clear that this court lacks subject-matter jurisdiction over this case and Dent has not shown cause why it should not be dismissed, IT IS HEREBY ORDERED that **this**

---

[1] ECF No. 1-1 at 3.
[2] *Id*. at 2.
[3] ECF No. 4.
[4] ECF No. 5 at 3.

**action is DISMISSED. The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.**

IT IS FURTHER ORDERED that all pending motions **[ECF Nos. 1, 3, 5] are DENIED** as moot.

_____
U.S. District Judge Jennifer A. Dorsey
May 3, 2022